IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-153

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| HAI VAN NGUYEN (1) ) | |
| OANH THI LE (2) ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the motion of HAI VAN NGUYEN and OANH THI LE to modify the subpoena of a witness for her to appear via video conference. (Doc. No. 65).

Counsel for Defendants previously caused a subpoena to be issued by this Court, calling for Dina Fraccola to attend this trial and to provide testimony on April 2, 2012. The Court has been informed that the witness, Dina Fraccola, desires to be in Chicago during the week of April 2, 2012 to help care for a friend who is having cancer surgery on April 3, 2012, and that the law offices of Mayer Brown in Chicago have video conferencing capabilities that are consistent with the Court's. The Defendants have further informed the Court that the government does oppose their request to allow the witness appear by video conference.

**IT IS, THEREFORE, ORDERED** that Dina Fraccola appear and testify via video conference in the trial of the above-captioned case at the law offices of Mayer Brown, 71 South Wacker Drive, in Chicago, Illinois on the morning of April 4, 2012 at 9:00 am, or at such

other place and time as directed by counsel for the Defendants or the Court.

Signed: March 26, 2012

Robert J. Conrad, Jr.
Chief United States District Judge