# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:11-CR-153-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HAI VAN NGUYEN and ) | |
| OANH THI LE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Oanh Thi Le's "Motion To Seal Defendant's Motion To Redact" (Document No. 85) filed on March 31, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully reviewed the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant Oanh Thi Le's "Motion To Seal Defendant's Motion To Redact" (Document No. 85) is **GRANTED**.

Signed: April 2, 2012

David C. Keesler
United States Magistrate Judge