UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-153

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HAI VAN NGUYEN (1) ) | |
| OANH THI LE (2) ) | |

**THIS MATTER** is before the Court upon the return of not guilty verdicts as to each defendant following a jury trial. (Doc. Nos. 92, 93).

**IT IS ORDERED** that each defendant is acquitted, discharged, and any bond exonerated.

**IT IS FURTHER ORDERED** that Counts One and Two of the original Indictment (Doc. No. 1) as to each defendant are DISMISSED by the return of the Superseding Indictment (Doc. No. 36) on which the defendants were tried.

Signed: April 12, 2012

Robert J. Conrad, Jr.
Chief United States District Judge